# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 0592

Date Filed: _____

Plaintiff:
**JEFFREY MORRIS, On Behalf of Himself and All Others Similsrly Situated**

vs.

Defendant:
**PLANET TOYS, INC. and CBS BROADCASTING, INC.**

Received by ASK Litigation Support, Inc. to be served on **PLANET TOYS, INC., c/o CT Corporation, 111 Eighth Ave., New York, NY 10011**.

I, Simon Kahn, being duly sworn, depose and say that on the **1st day of February, 2008 at 2:45 pm, I:**

Personally delivered a true copy of the **Summons & Complaint** to Paula Kash, Process Clerk and that said documents were in actuality delivered to the business at the location stated above.

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: Caucasian, Height: 5'2", Weight: 130, Hair: Blond, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 1st day of February, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

JULIO AVALOS
Notary Public, State of New York
No. 01AV4708399
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires Feb. 28, 2011

**Simon Kahn**
0842361

**ASK Litigation Support, Inc.**
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000062

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j