R.D. WELLS ATTORNEY SERVICES

INDEX #: 08 CV 0592
Date Filed:

# AFFIDAVIT OF SERVICE

SOUTHERN DISTRICT OF NEW YORK    COURT UNITED STATES DISTRICT    STATE OF NEW YORK

JEFFREY MORRIS, etc,

*Plaintiff(s)/Petitioner(s)*

against

PLANET TOYS, INC, etal

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, County of ALBANY

Robert Wells    being sworn, says: that deponent is not a party to this action, is over 18 years of age and resides at ALBANY
That on 2/5/2008 at 2:00p at 80 State St, Albany, NY    deponent served the

within **Summons & Complaint**
on **CBS BROADCASTING INC. by serving Corporation Service Company**

**INDIVIDUAL** ___ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION** a ___ corporation, by delivering thereat a true copy of each to **Maurteen Coogan** personally, deponent knew said corporation so served to be the corporation described in said summons as said recipient and knew said individual to be **Receiver of Process** thereof - Authorized Agent

**SUITABLE AGE PERSON** ___ by delivering thereat a true copy of each to a person of suitable age and discretion.
Said premises is recipient's ___ actual place of business   dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR, ETC** ___ by affixing a true copy of each to the door of said premises, which is recipient's actual place of business ___ dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING USE WITH** ___ Deponent talked to at said premises who stated that recipient ___ lived ___ worked there. Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to recipient at recipient's last known residence, at marked personal & confidential and deposited said wrapper in - a post office - official depository under exclusive care and custody of the United States Postal Services within New York State via First Class Mail. ___ The mailing was made by certified mail (Receipt No: ) within one day after such delivering to such suitable person or such affixing ___ and with return receipt requested.

**DESCRIPTION OF RECIPIENT**    Sex: *Female*   Skin Color: *White*   Hair: *Brown*   Approx: Age *45*   Height: *5'7*   Weight: *220*
Other identifying features: *Glasses*

**WITNESS FEES**    the authorizing travelling expenses and one days' witness fee:
was paid (tendered) to the recipient ___ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** I asked the person spoken to whether recipient/defendant was in active military service of the United States of the State of New York in any capacity whatever and received a negative reply. Recipient/ Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient/ defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

PRINT NAME BELOW SIGNATURE
*Robert Wells*

Sworn to before me on the
5 day of Feb, 20 08

NOTARY PUBLIC

ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov 2, 2009

R.D. WELLS ATTORNEY SERVICES
P.O. BOX 3931
ALBANY, NY 12203