ELECTRONICALLY FILED

DOC #: _____

DATE FILED: 2/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

JEFFREY MORRIS, On Behalf of Himself and :    08-CV-0592 (HB)
All Other Persons Similarly Situated,        :

                Plaintiff,      :    STIPULATION
                                :    EXTENDING DEFENDANTS'
    -against-                          :    TIME TO RESPOND
                                :

PLANET TOYS, INC. and CBS                    :
BROADCASTING, INC.                           :

            Defendants.       :

---------------------------------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, that defendants' time to answer, move or otherwise respond to plaintiff's complaint is extended up to and including March 21, 2008.

    It is further stipulated that defendants will respond to plaintiff's complaint prior to responding to any other action that relates to the same issues.

    This stipulation is without prejudice to, and does not waive or compromise, defendants' right to assert any applicable defense.

    This stipulation may be executed in facsimile counterparts each of which shall constitute an original and may be submitted to the Court.

Dated: New York, New York
       February 15, 2008

KAMBEREDELSON, LLC

By: _____
    Dana B. Rubin (DR-8451)
Attorneys for Plaintiff
11 Broadway – 22nd Floor
New York, New York 10019
(212) 920-3072
(212) 202-6364 fax

KANE KESSLER, P.C.

By: _____
    S. Reid Kahn (SRK-1458)
Attorneys for Defendants
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222
(212) 245-3009 fax

SO ORDERED.

_____
U.S.D.J.