UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFREY MORRIS, On Behalf of Himself and  :
All Other Persons Similarly Situated,                    :        08-CV-0592 (HB)
                              Plaintiff,    :

                        -against-    :        <u>RULE 7.1 STATEMENT</u>

PLANET TOYS, INC. and CBS    :
BROADCASTING INC.

                       Defendants.    :
-----------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for a private (non-governmental) party certifies that (1) Defendant Planet Toys, Inc. has no corporate or other parents, subsidiaries, or affiliates, the securities or other interests which are publicly held, and (2) Defendant CBS Broadcasting Inc. is an indirect wholly-owned subsidiary of CBS Corporation, a publicly traded company.

Dated: New York, New York
       March 26, 2008

                                                KANE KESSLER, P.C.

                                                By: _____
                                                   S. Reid Kahn (SRK-1458)
                                                   Lauren M. Dayton (LMD-9291)
                                                   *Attorneys for Defendants*
                                                   1350 Avenue of the Americas
                                                   New York, New York 10019
                                                   Phone: (212) 541-6222
                                                   Fax: (212) 245-3009

TO:   **KAMBEREDELSON, LLC**
       Dana B. Rubin (DR-8451)
       Attorneys for Plaintiff
       11 Broadway – 22nd Floor
       New York, New York 10019
       (212) 920-3072
       (212) 202-6364 fax

#285599.1