UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DATE FILED: 3/31/08

------------------------------------------------------x
JEFFREY MORRIS, On Behalf of Himself and : 08-CV-0592 (HB)
All Other Persons Similarly Situated, :
                                                  :
                   Plaintiff, : **STIPULATION**
                                                 : **EXTENDING PLAINTIFF'S**
   -against- : **TIME TO RESPOND TO**
                                                  : **DEFENDANTS' MOTION TO**
                                                  : **DISMISS**
                                                  :
PLANET TOYS, INC. and CBS :
BROADCASTING INC., :
                                                  :
                   Defendants. :
------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, that Plaintiff's time to respond to Defendants' Motion to Dismiss is extended up to and including May 14, 2008.

This stipulation will not change or delay the Pre-Trial Conference scheduled for April 3, 2008.

This stipulation may be executed in facsimile counterparts each of which shall constitute an original and may be submitted to the Court.

Dated: New York, New York
        March 27, 2008

| KAMBEREDELSON, LLC | KANE KESSLER, P.C. |
|---|---|
| By: _/s/ Dana Rubin_ | By: _/s/ Lauren M. Dayton_ |
| Dana B. Rubin (DR-8451) | Lauren Dayton |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 11 Broadway – 22nd Floor | 1350 Avenue of the Americas |
| New York, New York 10019 | New York, New York 10019 |
| (212) 920-3072 | (212) 541-6222 |
| (212) 202-6364 fax | (212) 245-3009 fax |

SO ORDERED:

_/s/_ 3/31/08
_____
U.S.D.J.