UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEFFREY MORRIS, On Behalf of Himself and    :    08-CV-0592 (HB)
All Other Persons Similarly Situated,       :
                                            :
                Plaintiff,                  :
                                            :    MOTION TO
                                            :    TO ADMIT COUNSEL
    -against-                               :    PRO HAC VICE
                                            :
                                            :
                                            :
PLANET TOYS, INC. and CBS                   :
BROADCASTING, INC.,                         :
                                            :
                Defendants.                 :
-----------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Scott A. Kamber, a member in good standing of the bar of this Court hereby move for an Order allowing the admission *pro hac vice* of

William Audet
Audet & Partners, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Tel: (415) 568-2555
Fax: (415) 568-2556

William Audet is a member in good standing of the Bar of the State of California

There are no pending disciplinary proceedings against William Audet in any State or Federal Court.

Dated:      April 7, 2008
            New York, NY

                                            Respectfully submitted:

                                            /s/ Scott A. Kamber
                                            Scott A. Kamber (SK-5794)
                                            KamberEdelson, LLC
                                            11 Broadway, 22nd Floor
                                            New York, New York 10004
                                            Tel.: (212) 920-3072
                                            Fax: (212) 202-6364

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| JEFFREY MORRIS, On Behalf of Himself and All Other Persons Similarly Situated,<br><br>                              Plaintiff,<br><br>          -against-<br><br><br>PLANET TOYS, INC. and CBS BROADCASTING, INC.,<br><br>                              Defendants. | 08-CV-0592 (HB)<br><br><br>DECLARATION OF<br>SCOTT A. KAMBER<br>IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE |

----------------------------------------------------------------x

Scott A. Kamber, declares and says as follows:

1. I am managing partner of the New York office at KamberEdelson, LLC, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' motion to admit William Audet as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in December 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known William Audet since approximately 2002 and have served as co-counsel or co-lead counsel with him on numerous cases on which I have had the opportunity to observe his practice of the law.

4. Mr. Audet is a partner at Audet & Partners, LLP, in San Francisco, California.

5. I have found Mr. Audet to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of William Audet, pro hac vice, which is attached hereto as Exhibit A.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 29, 2008

_____
Scott A. Kamber (SK-5794)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JEFFREY MORRIS, On Behalf of Himself and  :    08-CV-0592 (HB)
All Other Persons Similarly Situated,     :
                                          :
              Plaintiff,                  :    ORDER FOR ADMISSION
                                          :    PRO HAC VICE
       -against-                          :    ON WRITTEN MOTION
                                          :
                                          :
                                          :
PLANET TOYS, INC. and CBS                 :
BROADCASTING, INC.,                       :
                                          :
              Defendants.                 :
-----------------------------------------------------------------x

Upon the motion of Scott A. Kamber, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

William Audet
Audet & Partners, LLP
221 Main Street, Suie 1460
San Francisco, CA 94105
Tel.: (415) 568-2555
Fax: (415) 568-2556
waudet@audetlaw.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward pro hac vice fee to the Clerk of Court.

Dated:


                                    _____
                                    United States District Judge

**THE STATE BAR**
**OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

May 8, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, WILLIAM MICHAEL AUDET, #117456 was admitted to the practice of law in this state by the Supreme Court of California on March 20, 1985; that from the date of admission to May 6, 1986, he was an ACTIVE member of the State Bar of California; that on May 6, 1986, he transferred at his request to the INACTIVE status as of January 1, 1986; that from that date to July 9, 1990, he was an INACTIVE member of the State Bar of California; that on July 9, 1990, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I, Denise Yablonovich, hereby certify that a true copy of Plaintiff's Motion to Admit Counsel Pro Hac Vice in this action was served by US mail and email this 30th Day of April, 2008 upon the following counsel of record:

Lauren Dayton
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019

Denise Yablonovich