DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JEFFREY MORRIS, On Behalf of Himself and : 08-CV-0592 (HB)
All Other Persons Similarly Situated, :
    :
            Plaintiff, : STIPULATION
    : EXTENDING PLAINTIFF'S
    -against- : TIME TO RESPOND TO
    : DEFENDANTS' MOTION TO
    : DISMISS
    :
PLANET TOYS, INC. and CBS :
BROADCASTING, INC., :
    :
            Defendants. :
--------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, that Plaintiff's time to respond to Defendants' Motion to Dismiss is extended up to and including May 28, 2008.

Defendants have already filed their Federal Rules of Civil Procedure Rule 26 initial disclosures. Plaintiffs' time to file their Federal Rules of Civil Procedure Rule 26 initial disclosures is extended up to and including May 28, 2008.

This stipulation may be executed in facsimile counterparts each of which shall constitute an original and may be submitted to the Court.

Dated: New York, New York
    May 13, 2008

**KAMBEREDELSON, LLC**

By: _____
Dana B. Rubin (DR-8451)
Attorneys for Plaintiff
11 Broadway – 22nd Floor
New York, New York 10019
(212) 920-3072
(212) 202-6364 fax

**KANE KESSLER, P.C.**

By: _____
Lauren Dayton (LMD-9291)
Attorneys for Defendants
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222
(212) 245-3009 fax

SO ORDERED:
_____ 5/15/08
U.S.D.J.