```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEFFREY MORRIS, TARAS KICK,
REBECCA SALAWDEH and
STACEY ANTALEK, On Behalf of Themselves : 08-CV-0592 (HB)
and All Other Persons Similarly Situated,

              Plaintiffs,

                                                                           STIPULATION
                                                                         EXTENDING DEFENDANTS'
     -against-                                         TIME TO RESPOND TO
                                                                             PLAINTIFFS' AMENDED
                                                                             CLASS ACTION COMPLAINT

CBS BROADCASTING, INC. CBS
CONSUMER PRODUCTS, PLANET TOYS,
INC., TOYS "R" US, INC., WALGREEN CO.
and HAMMACHER SCHLEMMER &
CO., INC.
              Defendants.

------------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that Defendants' time to respond to Plaintiffs' Amended Class Action Complaint is extended up to and including July 3, 2008.

     This stipulation may be executed in facsimile counterparts each of which shall constitute an original and may be submitted to the Court.

Dated: New York, New York
          June 12, 2008

*Attorneys For Plaintiffs:*

KAMBEREDELSON, LLC

By: _____
Scott Kamber (SK 5794)
Dana B. Rubin (DR-8451)
11 Broadway – 22nd Floor
New York, New York 10019
(212) 920-3072
(212) 202-6364 fax

*Attorneys For Defendants:*

KANE KESSLER, P.C.

By: _____
Reid Kahn (SRK-1458)
Lauren Dayton (LMD-9291)
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222
(212) 245-3009 fax

**WHATLEY, DRAKE & KALLAS, LLC**
Joe R. Whatley, Jr. (JR-1222)
Edith M. Kallas (EK-0841)
Joseph Guglielmo (JG-2447)
Elizabeth Rosenberg (ER-5370)
1540 Broadway, 37th Floor
New York, New York 10036
212 447 7070
212 447 7077 (fax)

**AUDET & PARTNERS, LLP**
William Audet
221 Main Street, Suit 1460
San Francisco, California 94105
415 568 2555
415 568 2556 (fax)

**COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**
John J. Stoia, Jr.
Rachel L. Jensen
Phong Tran
Thomas J. O'Reardon II
655 West Broadway, Suite 1900
San Diego, California 92101
619 231 1058
619 231 7423 (fax)

**GOLDENBERG, HELLER, ANTOGNOLI, ROWLAND, SHORT & GORI, P.C.**
Randi Gori
2227 South State Route 157
Edwardsville, Illinois 62025
618 656 5150
618 656 8169 (fax)

**GLASSMAN, EDWARDS, WADE & WYATT, P.C.**
B.J. Wade
26 N. Second Street
Memphis, Tennessee 38103
901 527 4673
901 521 0940 (fax)

SO ORDERED:

_____  6/20/08
U.S.D.J.