UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY MORRIS, TARAS KICK,
REBECCA SALAWDEH and STACEY
ANTALEK, on Behalf of Themselves and All
Others Similarly Situated,

                      Plaintiffs,

     vs.

CBS BROADCASTING, INC., CBS
CONSUMER PRODUCTS, PLANET TOYS,
INC., TOYS "R" US, INC., WALGREEN CO.
and HAMMACHER SCHLEMMER & CO.,
INC.,

                     Defendants.

---

Civil Action No. 08-CV-0592(HB)

CLASS ACTION

NOTICE OF MOTION AND MOTION TO
ADMIT RACHEL L. JENSEN *PRO HAC
VICE*

PLEASE TAKE NOTICE upon the annexed Declaration of Joseph P. Guglielmo in Support of the Motion to Admit Rachel L. Jensen *Pro Hac Vice* and the Certificate of Good Standing attached thereto, plaintiffs Jeffrey Morris, Taras Kick, Rebecca Salawdeh and Stacey Antalek move this Court, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Rachel L. Jensen, a member of the Bar of the State of California and a partner at the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, be admitted *pro hac vice* for all purposes on behalf of plaintiffs in this action.

DATED: June **19**, 2008

WHATLEY, DRAKE & KALLAS, LLC
JOE R. WHATLEY, JR.
EDITH M. KALLAS
JOSEPH P. GUGLIELMO
ELIZABETH ROSENBERG


_____
JOSEPH P. GUGLIELMO

1540 Broadway, 37th Floor
New York, NY 10036
Telephone: 212/447-7070
212/447-7077 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
PHONG TRAN
THOMAS J. O'REARDON II
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

- 1 -

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
JACK REISE
ELIZABETH A. SHONSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

PUBLIC JUSTICE, P.C.
ARTHUR H. BRYANT
VICTORIA W. NI
555 12th Street, Suite 1620
Oakland, CA 94607
Telephone: 510/622-8150
510/622-8155 (fax)

BRAYTON PURCELL LLP
ALAN R. BRAYTON
PETER FREDMAN
GREGORY SHEFFER
222 Rush Landing Road
Novato, CA 94948-6169
Telephone: 415/898-1555
415/898-1247 (fax)

Attorneys for Plaintiffs Taras Kick, Rebecca
Salawden and Stacey Antalek

KAMBEREDELSON, LLC
SCOTT A. KAMBER
DANA B. RUBIN
11 Broadway, 22nd Floor
New York, NY 10004
Telephone: 212/920-3072
212/202-6364 (fax)

GOLDENBERG HELLER ANTOGNOLI
    ROWLAND SHORT & GORI, P.C.
RANDY L. GORI
2227 South State Route 157
Edwardsville, IL 62025
Telephone: 618/656-5150
618/656-8169 (fax)

GLASSMAN, EDWARDS, WADE &
    WYATT, P.C.
B.J. WADE
26 N. Second Street
Memphis, TN  38103
Telephone:  901/527-4673
901/521-0940 (fax)

AUDET & PARTNERS, LLP
WILLIAM M. AUDET
221 Main Street, Suite 1460
San Francisco, CA  94105
Telephone:  415/568-2555
415/568-2556 (fax)

Attorneys for Plaintiff Jeffrey Morris

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2008, I caused a true and correct copy of the foregoing Motion to Admit Rachel L. Jensen *pro hac vice*, Affidavit of Joseph P. Guglielmo in Support of Motion to admit Rachel L. Jensen *pro hac vice*, Certificates of Good Standing and [Proposed] Order on Admission to Practice *Pro Hac Vice* to be sent to all attorneys of record via first class mail.

Elizabeth Rosenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

JEFFREY MORRIS, TARAS KICK,
REBECCA SALAWDEH and STACEY
ANTALEK, on Behalf of Themselves and All
Others Similarly Situated,

                            Plaintiffs,

        vs.

CBS BROADCASTING, INC., CBS
CONSUMER PRODUCTS, PLANET TOYS,
INC., TOYS "R" US, INC., WALGREEN CO.
and HAMMACHER SCHLEMMER & CO.,
INC.,

                         Defendants.

———————————————————————— x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 08-CV-0592(HB)

CLASS ACTION

DECLARATION OF JOSEPH P.
GUGLIELMO IN SUPPORT OF THE
MOTION TO ADMIT RACHEL L. JENSEN
*PRO HAC VICE*

I, Joseph P. Guglielmo, declare as follows:

1.      I am a member in good standing of the bar of this Court and a partner at Whatley, Drake & Kallas, LLC.  I make this declaration in support of plaintiffs Jeffrey Morris, Taras Kick, Rebecca Salawdeh and Stacey Antalek's Motion to Admit Rachel L. Jensen *Pro Hac Vice*, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, requesting that Rachel L. Jensen be admitted *pro hac vice* for all purposes on behalf of plaintiffs in this action.

2.      Rachel L. Jensen is fully familiar with this action.

3.      Rachel L. Jensen is an attorney in good standing of the Bar of the State of California, as evidenced by the annexed certificate.

4.      I respectfully request that plaintiffs' motion be granted in all respects.  A proposed order is enclosed herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this *19th* day of June, 2008 at New York, New York.

_____
JOSEPH P. GUGLIELMO



# Supreme Court of California

### FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## RACHEL LYNN JENSEN

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **RACHEL LYNN JENSEN** *was on the 8th day of December 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,*
*this 9th day of June, 2008.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
*Joseph Cornetta, Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

JEFFREY MORRIS, TARAS KICK,    :
REBECCA SALAWDEH and STACEY    :
ANTALEK, on Behalf of Themselves and All    :
Others Similarly Situated,    :
   :
                 Plaintiffs,    :
   :
      vs.    :
   :
CBS BROADCASTING, INC., CBS    :
CONSUMER PRODUCTS, PLANET TOYS,    :
INC., TOYS "R" US, INC., WALGREEN CO.    :
and HAMMACHER SCHLEMMER & CO.,    :
INC.,    :
   :
                 Defendants.    :

———————————————————— x

Civil Action No. 08-CV-0592(HB)

CLASS ACTION

[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION OF RACHEL L.
JENSEN *PRO HAC VICE*

Upon the motion of plaintiffs Jeffrey Morris, Taras Kick, Rebecca Salawdeh and Stacey Antalek pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Rachel L. Jensen *pro hac vice* for all purposes on behalf of plaintiffs in this action, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

DATED: _____     _____

THE HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Planet Toys\ORD 00051930_Jensen.doc

- 1 -