S. Reid Kahn (SRK-1458)
Lauren M. Dayton (LMD-9291)
KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Defendants
CBS BROADCASTING, INC., CBS
CONSUMER PRODUCTS, PLANET
TOYS, INC., TOYS "R" US, INC.,
WALGREEN CO. and HAMMACHER
SCHLEMMER & CO., INC.

**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY MORRIS, TARAS KICK, REBECCA SALAWDEH and STACEY ANTALEK, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CBS BROADCASTING, INC., CBS CONSUMER PRODUCTS, PLANET TOYS, INC., TOYS "R" US, INC., WALGREEN CO. and HAMMACHER SCHLEMMER & CO., INC.,<br><br>Defendants. | Case No. 08-CV-0592 (HB)<br>Hon. Harold Baer, Jr.<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, S. Reid Kahn, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Renee D. Wasserman
> Thomas H. Carlson
> James Robert Maxwell
> ROGERS JOSEPH O'DONNELL
> 311 California Street, 10th Floor
> San Francisco, CA 94104
> Tel:   415.956.2828
> Fax:  415.956.6457

Page 1

MOTION TO ADMIT COUNSEL PRO HAC VICE – CASE NO: 08-CV-0592 (HB)

269434.1

Renee D. Wasserman, Thomas H. Carlson and James Robert Maxwell are members in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Renee D. Wasserman, Thomas H. Carlson and James Robert Maxwell.

Dated: June 20, 2008

Respectfully submitted,

KANE KESSLER, P.C.

By: _____
S. REID KAHN

Attorneys for Defendants
CBS BROADCASTING, INC., CBS CONSUMER PRODUCTS, PLANET TOYS, INC., TOYS "R" US, INC., WALGREEN CO. and HAMMACHER SCHLEMMER & CO., INC.

Page 2

MOTION TO ADMIT COUNSEL PRO HAC VICE – CASE NO: 08-CV-0592 (HB)

269434.1

S. Reid Kahn (SRK-1458)
Lauren M. Dayton (LMD-9291)
KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Defendants
CBS BROADCASTING, INC., CBS
CONSUMER PRODUCTS, PLANET
TOYS, INC., TOYS "R" US, INC.,
WALGREEN CO. and HAMMACHER
SCHLEMMER & CO., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY MORRIS, TARAS KICK, REBECCA SALAWDEH and STACEY ANTALEK, On Behalf of Themselves and All Other Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CBS BROADCASTING, INC., CBS CONSUMER PRODUCTS, PLANET TOYS, INC., TOYS "R" US, INC., WALGREEN CO. and HAMMACHER SCHLEMMER & CO., INC.,<br><br>Defendants. | Case No. 08-CV-0592 (HB)<br>Hon. Harold Baer, Jr.<br><br>**AFFIDAVIT OF S. REID KAHN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

I, S. Reid Kahn, being duly sworn, hereby declare as follows:

1.  I am counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Renee D. Wasserman, Thomas H. Carlson and James Robert Maxwell as counsel pro hac vice to represent Defendants in this matter.

2.  I am a member in good standing of the bar of the State of New York and was admitted to practice law in New York on March 1, 1976. I am also admitted

Page 1

1  to the bar of the United States District Court for the Southern District of New York, and am
2  in good standing with this Court.

3.  I have worked with Renee D. Wasserman and her colleagues Thomas H. Carlson and James Robert Maxwell in representation of our mutual clients, the defendants herein, since January 2008.

4.  Ms. Wasserman and Messrs. Carlson and Maxwell are attorneys at Rogers Joseph O'Donnell, San Francisco, California.

5.  I have found Ms. Wasserman and Messrs. Carlson and Maxwell to be skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Renee D. Wasserman, Thomas H. Carlson and James Robert Maxwell, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Renee D. Wasserman, Thomas H. Carlson and James Robert Maxwell pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Renee D. Wasserman, Thomas H. Carlson and James Robert Maxwell pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: June 20, 2008

Respectfully submitted,

KANE KESSLER, P.C.

By: _____
R. Reid Kahn
SDNY Bar Code: SRK-1458

Attorneys for Defendants
CBS BROADCASTING, INC., CBS
CONSUMER PRODUCTS, PLANET TOYS,
INC., TOYS "R" US, INC., WALGREEN CO.
and HAMMACHER SCHLEMMER & CO., INC.

Page 2

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639    TELEPHONE: 888-800-3400

June 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RENEE DEVON WASSERMAN, #108118 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 1983; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639        TELEPHONE: 888-800-3400

June 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, THOMAS HANSON CARLSON, #121367 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1985; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

June 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JAMES ROBERT MAXWELL, #143203 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1989; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that on the 20th day of June, 2008, a copy of the within *Motion to Admit Counsel Pro Hac Vice* was served upon the following via <u>regular mail</u>:

**KAMBEREDELSON, LLC**
Scott Kamber, Esq.
Dana B. Rubin, Esq.
11 Broadway – 22nd Floor
New York, New York 10019

**WHATLEY, DRAKE & KALLAS, LLC**
Joe R. Whatley, Jr.
Edith M. Kallas
Joseph Guglielmo
Elizabeth Rosenberg
1540 Broadway, 37th Floor
New York, New York 10036

**AUDET & PARTNERS, LLP**
Robert Audet
221 Main Street, Suit 1460
San Francisco, California 94105

**COUGHLIN, STOIA, GELLER,
RUDMAN & ROBBINS, LLP**
John J. Stoia, Jr.
Rachel L. Jensen
Phong Tran
Thomas J. O'Reardon II
655 West Broadway, Suite 1900
San Diego, California 92101

**GOLDENBERG, HELLER, ANTOGNOLI,
ROWLAND, SHORT & GORI, P.C.**
Randi Gori
2227 South State Route 157
Edwardsville, Illinois 62025

**GLASSMAN, EDWARDS, WADE &
WYATT, P.C.**
B.J. Wade
26 N. Second Street
Memphis, Tennessee 38103

_____
S. Reid Kahn, Esq. (1458)

Dated: June 20, 2008

S. Reid Kahn (SRK-1458)
Lauren M. Dayton (LMD-9291)
KANE KESSLER, P.C.
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

Attorneys for Defendants
CBS BROADCASTING, INC., CBS
CONSUMER PRODUCTS, PLANET
TOYS, INC., TOYS "R" US, INC.,
WALGREEN CO. and HAMMACHER
SCHLEMMER & CO., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY MORRIS, TARAS KICK, REBECCA SALAWDEH and STACEY ANTALEK, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CBS BROADCASTING, INC., CBS CONSUMER PRODUCTS, PLANET TOYS, INC., TOYS "R" US, INC., WALGREEN CO. and HAMMACHER SCHLEMMER & CO., INC.,<br><br>Defendants. | Case No. 08-CV-0592 (HB)<br>Hon. Harold Baer, Jr.<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of S. Reid Kahn, attorney for Planet Toys, Inc. and CBS Broadcasting Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Renee D. Wasserman
Thomas H. Carlson
James Robert Maxwell
Rogers Joseph O'Donnell
311 California Street, 10th Floor
San Francisco, CA 94104
Telephone:   415.956.2828
Facsimile:   415.956.6457
e-mail:      rwasserman@rjo.com

are admitted to practice pro hac vice as counsel for CBS Broadcasting, Inc., CBS Consumer Products, Planet Toys, Inc., Toys "R" Us, Inc., Walgreen Co. and Hammacher Schlemmer & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hace vice fee to the Clerk of the Court

Dated: June ___, 2008

New York, New York

_____
United States District Magistrate Judge