UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

[STAMP: JUN 24 2008 / ...SAER / U.S DISTRICT JUDGE / S.D.N.Y.]

———————————————— x
JEFFREY MORRIS, TARAS KICK, : Civil Action No. 08-CV-0592(HB)
REBECCA SALAWDEH and STACEY :
ANTALEK, on Behalf of Themselves and All : CLASS ACTION
Others Similarly Situated,, :
                                           : NOTICE OF VOLUNTARY DISMISSAL OF
            Plaintiffs, : DEFENDANT CBS CONSUMER
                                           : PRODUCTS
   vs. :
                                           :
CBS BROADCASTING, INC., CBS :
CONSUMER PRODUCTS, PLANET TOYS, :
INC., TOYS "R" US, INC., WALGREEN CO. :
and HAMMACHER SCHLEMMER & CO., :
INC., :
                                           :
            Defendants. :
———————————————— x

[STAMP: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 6/27/08]

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiffs Jeffery Morris, Taras Kick, Rebecca Salawdeh and Stacey Antalek ("plaintiffs") hereby voluntarily dismiss Defendant CBS Consumer Products from this action without prejudice.

Plaintiffs' dismissal of CBS Consumer Products is based in part on the affidavit of the Vice President and Assistant Secretary of CBS Broadcasting, Inc., attached hereto as Exhibit 1.

DATED: June 23, 2008

WHATLEY, DRAKE & KALLAS, LLC
JOE R. WHATLEY, JR. (JW – 1222)
EDITH M. KALLAS (EK – 0841)
JOSEPH P. GUGLIELMO (JG – 2447)
ELIZABETH ROSENBERG (ER – 5370)

_____
Joseph P. Guglielmo

1540 Broadway, 37th Floor
New York, NY 10036
Telephone: 212/447-7070
212/447-7077 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
PHONG TRAN
THOMAS J. O'REARDON II
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

PUBLIC JUSTICE, P.C.
ARTHUR H. BRYANT
VICTORIA W. NI
555 12th Street, Suite 1620
Oakland, CA 94607
Telephone: 510/622-8150
510/622-8155 (fax)

BRAYTON PURCELL LLP
ALAN R. BRAYTON
PETER FREDMAN
GREGORY SHEFFER
222 Rush Landing Road
Novato, CA 94948-6169
Telephone: 415/898-1555
415/898-1247 (fax)

Attorneys for Plaintiffs Taras Kick, Rebecca
Salawdeh and Stacey Antalek

AUDET & PARTNERS, LLP
WILLIAM M. AUDET
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415/568-2555
415/568-2556 (fax)
waudet@audetlaw.com

KAMBEREDELSON, LLC
SCOTT A. KAMBER (SK 5794)
DANA B. RUBIN (DR 8451)
11 Broadway, 22nd Floor
New York, NY 10004
Telephone: 212/920-3072
212/202-6364 (fax)
drubin@kamberedelson.com
skamber@kamberedelson.com

GOLDENBERG HELLER ANTOGNOLI
  ROWLAND SHORT & GORI, P.C.
RANDY L. GORI
2227 South State Route 157
Edwardsville, IL 62025
Telephone: 618/656-5150
618/656-8169 (fax)
randy@ghalaw.com

GLASSMAN, EDWARDS, WADE &
  WYATT, P.C.
B.J. WADE
26 N. Second Street
Memphis, TN 38103
Telephone: 901/527-4673
901/521-0940 (fax)

Attorneys for Plaintiff Jeffrey Morris

*[signature]*
6/27/08

*[signature]* U.S.D.J.

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JEFFREY MORRIS, TARAS KICK,
REBECCA SALAWDEH AND STACEY
ANTALEK, On Behalf of Themselves and All      :   08-CV-0592 (HB)
Others Similarly Situated,

                     Plaintiffs,

- against -

CBS BROADCASTING, INC., CBS
CONSUMER PRODUCTS, PLANET TOYS,
INC., TOYS "R" SU, INC., WALGREEN
CO. AND HAMMACHER SCHLEMMER &
CO, INC.,

                     Defendants.
-----------------------------------------------------------X

## AFFIDAVIT OF MARTIN P. MESSINGER

STATE OF NEW YORK   )
                           ) ss.
COUNTY OF NEW YORK  )

      MARTIN P. MESSINGER, being duly sworn, deposes and says that:

1. I am Vice President and Assistant Secretary of CBS Broadcasting Inc.

2. CBS Consumer Products is a business unit of CBS Broadcasting Inc., and has no independent legal status.

2. CBS Broadcasting Inc. is the only CBS affiliated entity with independent legal status that is or was a signatory to or beneficiary of any of the Planet Toys, Inc. licensing agreements.

                                             _____
                                             Martin P. Messinger

Subscribed and sworn to before me
this 11th day of June, 2008.

_____
Notary Public

EVELYN SOTO
Notary Public, State of New York
No 31-4959477
Qualified in New York County
Commission Expires November 27, ~~19~~ 2009

## CERTIFICATE OF SERVICE

    I hereby certify that, on June 23, 2008, a true and correct copy of the foregoing Notice of Dismissal of CBS Consumer Products was served on the following counsel as indicated below:

Dated: June 23, 2008          /s/ Elizabeth Rosenberg

VIA US MAIL

**S. Reid Kahn**
Kane Kessler, P.C.
1350 Avenue of the Americas, 26th fl.
New York, NY 10019
212-519-5129