UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED

DATE FILED: 6/25/08

---

JEFFREY MORRIS, TARAS KICK, REBECCA SALAWDEH and STACEY ANTALEK, on Behalf of Themselves and All Others Similarly Situated,

                Plaintiffs,

vs.

CBS BROADCASTING, INC., CBS CONSUMER PRODUCTS, PLANET TOYS, INC., TOYS "R" US, INC., WALGREEN CO. and HAMMACHER SCHLEMMER & CO., INC.,

                Defendants.

---

Civil Action No. 08-CV-0592(HB)

CLASS ACTION

[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF JOHN J. STOIA, JR. *PRO HAC VICE*

Upon the motion of plaintiffs Jeffrey Mont, Tara Kitlock, Deborah Salapeck, and Stacey Antalek pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting John J. Stoia, Jr. *pro hac vice* for all purposes on behalf of plaintiffs in this action, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

DATED: _____  _____
THE HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 6/25/10

S:\CasesSD\Planet Toys\ORD 00051929_Stoia.doc

- 1 -