UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
JEFFREY MORRIS, TARAS KICK, : Civil Action No. 08-CV-0592(HB)
REBECCA SALAWDEH and STACEY :
ANTALEK, on Behalf of Themselves and All : CLASS ACTION
Others Similarly Situated. :
                                                          :  [PROPOSED] ORDER GRANTING
                        Plaintiffs, :  MOTION FOR ADMISSION OF RACHEL L.
                                                          :  JENSEN *PRO HAC VICE*
      vs. :
                                                          :
CBS BROADCASTING, INC., CBS :
CONSUMER PRODUCTS, PLANET TOYS, :
INC., TOYS "R" US, INC., WALGREEN CO. :
and HAMMACHER SCHLEMMER & CO., :
INC., :
                                                          :
                        Defendants. :
----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELEC[TRONICALLY FILED]
DOC #
D: 6/25/08

Upon the motion of plaintiffs Jeffrey Morris, Taras Kick, Rebecca Salawdeh and Stacey Antalek pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Rachel L. Jensen *pro hac vice* for all purposes on behalf of plaintiffs in this action, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

DATED: _____

                                            THE HONORABLE HAROLD BAER, JR.
                                            UNITED STATES DISTRICT JUDGE

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

*[signature]*

Hon. Harold Baer, Jr., U.S.D.J.
Date: 6/23/08

S:\CasesSD\Planet Toys\ORD 00051930_Jensen.doc

- 1 -