UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
JEFFREY MORRIS, TARAS KJCK, : Civil Action No. 08-CV-0592(HB)
REBECCA SALAWDEH and STACEY :
ANTALEK, on Behalf of Themselves and All : CLASS ACTION
Others Similarly Situated, :
 :
                               Plaintiffs, : [PROPOSED] ORDER GRANTING
 : MOTION FOR ADMISSION OF THOMAS J.
     vs. : O'REARDON II *PRO HAC VICE*
 :
CBS BROADCASTING, INC., CBS :
CONSUMER PRODUCTS, PLANET TOYS, :
INC., TOYS "R" US, INC., WALGREEN CO. :
and HAMMACHER SCHLEMMER & CO., :
INC., :
 :
                            Defendants. :
———————————————————— x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08
```

Upon the motion of plaintiffs Jeffrey Morris, Taras Kick, Rebecca Salawdeh and Stacey Antalek pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Thomas J. O'Reardon II *pro hac vice* for all purposes on behalf of plaintiffs in this action, and for good cause shown.

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

DATED: _____          _____
                                       THE HONORABLE HAROLD BAER, JR.
                                       UNITED STATES DISTRICT JUDGE

*Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.*

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: 6/25/08

S:\CasesSD\Planet Toys\ORD 00051932_OReardon.doc

- 1 -