| | |
|---|---|
| 1 | S. Reid Kahn (SRK-1458) |
| 2 | KANE KESSLER, P.C. |
|   | 1350 Avenue of the Americas |
| 3 | New York, New York 10019 |
|   | (212) 541-6222 |
| 4 | |
|   | Attorneys for Defendants |
| 5 | CBS BROADCASTING, INC., CBS |
|   | CONSUMER PRODUCTS, PLANET |
| 6 | TOYS, INC., TOYS "R" US, INC., |
|   | WALGREEN CO. and HAMMACHER |
| 7 | SCHLEMMER & CO., INC. |

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

JEFFREY MORRIS, TARAS KICK, REBECCA SALAWDEH and STACEY ANTALEK, On Behalf of Themselves and All Others Similarly Situated,

   Plaintiff,

vs.

CBS BROADCASTING, INC., CBS CONSUMER PRODUCTS, PLANET TOYS, INC., TOYS "R" US, INC., WALGREEN CO. and HAMMACHER SCHLEMMER & CO., INC.,

   Defendants.

Case No. 08-CV-0592 (HB)
Hon. Harold Baer, Jr.

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of S. Reid Kahn, attorney for Planet Toys, Inc. and CBS Broadcasting Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Renee D. Wasserman
Thomas H. Carlson
James Robert Maxwell
Rogers Joseph O'Donnell
311 California Street, 10th Floor
San Francisco, CA 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
e-mail: rwasserman@rjo.com

1  are admitted to practice pro hac vice as counsel for CBS Broadcasting, Inc., CBS Consumer

2  Products, Planet Toys, Inc., Toys "R" Us, Inc., Walgreen Co. and Hammacher Schlemmer &

3  Co., Inc. in the above captioned case in the United States District Court for the Southern

4  District of New York.  All attorneys appearing before this Court are subject to the Local

5  Rules of this Court, including the Rules governing discipline of attorneys.  If this action is

6  assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

7  ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hace vice fee to the Clerk

8  of the Court

9  Dated:  June ___, 2008

10  New York, New York

                                        _____
                                        United States District Magistrate Judge

**Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.**

SO ORDERED.

_[signature]_
Hon. Harold Baer, Jr., U.S.D.J.
Date: July 1, 2008

Page 2

ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION – CASE NO: 08-CV-0592 (HB)

269438 1