AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

JEFFREY MORRIS, TARAS KICK, REBECCA SALAWDEH and STACEY ANTALEK, on Behalf of Themselves and All Others Similarly Situated,

V.

CBS BROADCASTING, INC., CBS CONSUMER PRODUCTS, PLANET TOYS, INC., TOYS "R" US, INC., WALGREEN CO. and HAMMACHER SCHLEMMER & CO., INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV-0592(HB)

TO: (Name and address of Defendant)

CBS CONSUMER PRODUCTS - 51 West 52nd St., 35th Floor, New York, NY 10019

WALGREEN CO. - 200 Wilmot Rd., Deerfield, IL, 60015

HAMMACHER SCHLEMMER & CO., INC., - 147 E. 57th St., New York, NY, 10022

TOYS "R" US, INC. - One Geoffrey Way, Wayne, NJ, 07470

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph P. Guglielmo
Whatley Drake & Kallas, LLC
1540 Broadway, 37th Floor
New York, NY 10036

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 28 2008

CLERK

(By) DEPUTY CLERK

DATE

| Attorney or Party without Attorney:<br>Joseph P. Guglielmo, Esq.<br>Whatley Drake & Kallas, LLC<br>1540 Broadway, 37th Floor<br>New York, NY 10036<br>Telephone No: 212-447-7070   FAX No: 212-447-7077 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | | | | |
| Plaintiff: Jeffrey Morris, et al. | | | | |
| Defendant: CBS Broadcasting, Inc., et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV0592(HB) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Amended Class Action Complaint; Individual Practices of Judge Harold Baer, Jr.; USDC/SDNY Instructions for Filing an Electronic Case or Appeal; USDC/SDNY Procedures for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing

3. a. Party served:            Walgreen Co.
   b. Person served:           Georgianna McGinnis, Person Authorized to Accept Service

4. Address where the party was served:    Corporation Service Company
                                          80 State Street
                                          Albany, NY 12207

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 30, 2008 (2) at: 11:55AM

7. **Person Who Served Papers:**
   a. Gary Smith
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

*Fee for Service:*
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

6/3/08
(Date)                           (Signature)

8. *SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.*

My Commission Expires 2/16/11
                      (Date)

MICHAEL J. ALVARO
Notary Public, State of New York
Qualified in Albany County
Commission Expires February 16, 2011

AFFIDAVIT OF SERVICE
Summons/Complaint                    (Notary Public))        jogug.103132