UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JEFFREY MORRIS, TARAS KICK, REBECCA SALAWDEH and STACEY ANTALEK, on Behalf of Themselves and All Others Similarly Situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> CBS BROADCASTING, INC., PLANET TOYS, INC., TOYS "R" US, INC., WALGREEN CO. and HAMMACHER SCHLEMMER & CO., INC., <br><br> Defendants. | Civil Action No. 08-CV-0592(HB) <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF APPEARANCE |

TO: THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Elizabeth Rosenberg of Whatley Drake & Kallas, LLC hereby enters an appearance on behalf of plaintiffs Jeffery Morris, Taras Kick, Rebecca Salawdeh and Stacey Antalek.

I certify that I am admitted to practice in this court.

DATED: July 2, 2008                    WHATLEY DRAKE & KALLAS, LLC


                                       /s/ Elizabeth Rosenberg
                                       Elizabeth Rosenberg (ER – 5370)

                                       1540 Broadway, 37th Floor
                                       New York, NY 10036
                                       Telephone: 212/447-7070
                                       212/447-7077 (fax)

CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2008, a true and correct copy of the foregoing Notice of Appearance was served on the following counsel as indicated below:

Dated: July 2, 2008          /s/ Elizabeth Rosenberg

VIA US MAIL

S. Reid Kahn
Lauren M. Dayton
**Kane Kessler, P.C.**
1350 Avenue of the Americas, 26th fl.
New York, NY 10019
212-519-5129

Thomas H. Carlson
James Robert Maxwell
Renee D. Wasserman
**Rogers Joseph O'Donnell**
311 California Street
10th Floor
San Francisco, CA 94104
(415) 956-2828
Fax: (415) 956-6457