```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

JEFFREY MORRIS, TARAS KICK,
REBECCA SALAWDEH and
STACEY ANTALEK, On Behalf of Themselves        :    08-CV-0592 (HB)
and All Other Persons Similarly Situated,

        Plaintiffs,                              :    **STIPULATION**

  -against-

CBS BROADCASTING, INC.,
PLANET TOYS, INC., TOYS "R" US, INC.,
WALGREEN CO. and HAMMACHER
SCHLEMMER & CO., INC.

        Defendants.

---------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties hereto as follows:

    1.    The time for defendants to answer, respond or otherwise move with respect to the amended complaint is extended until August 4, 2008.

    2.    All parties shall make reasonable efforts to schedule a mediation during the month of July, 2008.

    3.    Defendants shall identify mediators acceptable to them and provide the names of such mediators by July 8, 2008 to plaintiffs' counsel.

    4.    If the proposed mediators are not acceptable, the parties shall meet and confer to discuss the appointment of a mutually acceptable mediator on or before July 15, 2008.

#293016.1

5. When the mediator has been selected and a date for the mediation has been arranged, the parties shall discuss the exchange of documents relevant to the mediation. The exchange of the aforesaid documents shall occur at least ten days before the mediation date.

6. In the event that the selection of the mediator described above is unsuccessful in the above noted time frame, a second case management conference will be scheduled, and plaintiffs may demand that defendants shall be obligated to answer, respond or otherwise move with respect to the complaint within fourteen (14) days thereafter.

This stipulation may be executed in facsimile counterparts each of which shall constitute an original and may be submitted to the Court.

Dated: New York, New York
July 2, 2008

*Attorneys For Plaintiffs:*

**WHATLEY, DRAKE & KALLAS, LLC**

By: _Joe R. Whatley Jr._
Joe R. Whatley, Jr. (JRW-1222)
Edith M. Kallas (EK-0841)
Joseph Guglielmo (JG-2447)
Elizabeth Rosenberg (ER-5370)
1540 Broadway, 37th Floor
New York, New York 10036
212 447 7070
212 447 7077 (fax)

**KAMBEREDELSON, LLC**
Scott Kamber (SK 5794)
Dana B. Rubin (DR-8451)
11 Broadway – 22nd Floor
New York, New York 10019
(212) 920-3072
(212) 202-6364 fax

*Attorneys For Defendants:*

**KANE KESSLER, P.C.**

By: _Lauren M. Dayton_
S. Reid Kahn (SRK-1458)
Lauren Dayton (LMD-9291)
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222
(212) 245-3009 fax

6293016.1

2

**AUDET & PARTNERS, LLP**
William M. Audet
221 Main Street, Suite 1460
San Francisco, California 94105
415 568 2555
415 568 2556 (fax)

**COUGHLIN, STOIA, GELLER,
RUDMAN & ROBBINS, LLP**
John J. Stoia, Jr.
Rachel L. Jensen
Phong Tran
Thomas J. O'Reardon II
655 West Broadway, Suite 1900
San Diego, California 92101
619 231 1058
619 231 7423 (fax)

**GOLDENBERG, HELLER, ANTOGNOLI,
ROWLAND, SHORT & GORI, P.C.**
Randi Gori
2227 South State Route 157
Edwardsville, Illinois 62025
618 656 5150
618 656 8169 (fax)

**GLASSMAN, EDWARDS, WADE &
WYATT, P.C.**
B.J. Wade
26 N. Second Street
Memphis, Tennessee 38103
901 527 4673
901 521 0940 (fax)

*The dates in the Pretrial Scheduling Order remain effective.*

SO ORDERED: _____

Harold Baer, Jr., U.S.D.J.

July 8, 2008

#293016.1                                    3