UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

JEFFREY MORRIS, TARAS KICK,
REBECCA SALAWDEH, and
STACEY ANTALEK, on Behalf of Themselves
and All Other Persons Similarly Situated,

                 Plaintiffs,

      vs.

CBS BROADCASTING, INC.,
PLANET TOYS, INC., TOYS "R" US, INC.,
WALGREEN CO., and HAMMACHER
SCHLEMMER & CO., INC.

               Defendants.

-------------------------------------------------------------x

Civil Action No. 08-CV-0592 (HB)


CLASS ACTION


**NOTICE OF MOTION AND
MOTION TO ADMIT
ARTHUR H. BRYANT
*PRO HAC VICE***

PLEASE TAKE NOTICE upon the annexed Declaration of Elizabeth Rosenberg in

Support of the Motion to Admit Arthur H. Bryant *Pro Hac Vice* and the Certificates of Good

Standing attached thereto, plaintiffs move this Court, pursuant to Rule 1.3(c) of the Local Civil

Rules of this Court, that Arthur H. Bryant, a member of the bar of the Commonwealth of

Pennsylvania, the District of Columbia, and the State of California, and the Executive Director of

Public Justice, P.C., be admitted *pro hac vice* for all purposes on behalf of plaintiffs Taras Kick,

Rebecca Salawdeh, and Stacey Antalek.

DATED:  July 8, 2008

WHATLEY, DRAKE & KALLAS, LLC
JOE R. WHATLEY, JR. (JW 1222)
EDITH M. KALLAS (EK 0841)
JOSEPH P. GUGLIELMO (JG 2447)
ELIZABETH ROSENBERG (ER 5370)


*Elizabeth Rosenberg*
ELIZABETH ROSENBERG (ER 5370)

1540 Broadway, 37th Floor
New York, NY  10036
Telephone:  212/447-7070
212/447-7077 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
PHONG TRAN
THOMAS J. O'REARDON II
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

2

PUBLIC JUSTICE, P.C.
ARTHUR H. BRYANT
VICTORIA W. NI (VN 1530)
555 12th Street, Suite 1620
Oakland, CA  94607
Telephone:  510/622-8150
510/622-8155 (fax)

BRAYTON PURCELL LLP
ALAN R. BRAYTON
PETER FREDMAN
GREGORY SHEFFER
222 Rush Landing Road
Novato, CA  94948-6169
Telephone:  415/898-1555
415/898-1247 (fax)

Attorneys for Plaintiffs Kick, Salawdeh, and
Antalek, and the Proposed Class

KAMBEREDELSON, LLC
SCOTT A. KAMBER (SK 5794)
DANA B. RUBIN (DR 8451)
11 Broadway, 22nd Floor
New York, NY  10004
Telephone:  212/920-3072
212/202-6364 (fax)

GOLDENBERG HELLER ANTOGNOLI
  ROWLAND SHORT & GORI, P.C.
RANDY L. GORI
2227 South State Route 157
Edwardsville, IL  62025
Telephone:  618/656-5150
618/656-8169 (fax)

GLASSMAN, EDWARDS, WADE &
  WYATT, P.C.
B.J. WADE
26 N. Second Street
Memphis, TN  38103
Telephone:  901/527-4673
901/521-0940 (fax)

3

AUDET & PARTNERS, LLP
WILLIAM M. AUDET
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415/568-2555
415/568-2556 (fax)

Attorneys for Plaintiff Morris and the Proposed
Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, I caused a true and correct copy of the foregoing

Motion to Admit Arthur H. Bryant *pro hac vice*, Affidavit of Elizabeth Rosenberg in Support of

Motion to Admit Arthur H. Bryant *pro hac vice*, Certificates of Good Standing and [Proposed]

Order on Admission to Practice *Pro Hac Vice* to be sent to all attorneys of record via first class

mail.

Elizabeth Rosenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                             :

| | |
|---|---|
| JEFFREY MORRIS, TARAS KICK, REBECCA SALAWDEH, and STACEY ANTALEK, on Behalf of Themselves and All Other Persons Similarly Situated, : | Civil Action No. 08-CV-0592 (HB) |
| Plaintiffs, : | <u>CLASS ACTION</u> |
| vs. : | [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ARTHUR H. BRYANT *PRO HAC VICE* |
| CBS BROADCASTING, INC., PLANET TOYS, INC., TOYS "R" US, INC., WALGREEN CO., and HAMMACHER SCHLEMMER & CO., INC. : | |
| Defendants. : | |

-----------------------------------------------------------x

Upon the motion of plaintiffs in this action pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Arthur H. Bryant *pro hac vice* for all purposes on behalf of plaintiffs Taras Kick, Rebecca Salawdeh, and Stacey Antalek, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.


DATED: _____        _____
                                  THE HONORABLE HAROLD BAER, JR.,
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                   :

JEFFREY MORRIS, TARAS KICK,         :
REBECCA SALAWDEH, and           :
STACEY ANTALEK, on Behalf of Themselves  :     Civil Action No. 08-CV-0592 (HB)
and All Other Persons Similarly Situated,    :
                                   :

            Plaintiffs,          :     CLASS ACTION
                                   :

      vs.                      :     DECLARATION OF ELIZABETH
                                   :     ROSENBERG IN SUPPORT OF
CBS BROADCASTING, INC.,        :     THE MOTION TO ADMIT
PLANET TOYS, INC., TOYS "R" US, INC.,  :     ARTHUR H. BRYANT
WALGREEN CO., and HAMMACHER    :     *PRO HAC VICE*
SCHLEMMER & CO., INC.            :
                                   :

           Defendants.        :
---------------------------------------------------------------x

I, Elizabeth Rosenberg, declare as follows:

1.  I am a member in good standing of the bar of this Court and an associate at Whatley, Drake & Kallas, LLC.  I make this declaration in support of plaintiffs' Motion to Admit Arthur H. Bryant *Pro Hac Vice*, pursuant to rule 1.3(c) of the Local Civil Rules of this Court, requesting that Arthur H. Bryant be admitted *pro hac vice* for all purposes on behalf of plaintiffs Taras Kick, Rebecca Salawdeh, and Stacey Antalek.

2.  Arthur H. Bryant is fully familiar with this action.

3.  Arthur H. Bryant is an attorney in good standing of the Bar of the Commonwealth of Pennsylvania, the Bar of the District of Columbia, and Bar of the State of California, as evidenced by the annexed certificates.

4.  I respectfully request that plaintiffs' motion be granted in all respects.  A proposed order is enclosed herewith.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of July, 2008 in New York, New York.

ELIZABETH ROSENBERG



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Arthur H. Bryant, Esq.*

### DATE OF ADMISSION

### *May 6, 1981*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 20, 2008**

_____

John W. Person, Jr., Esq.
Deputy Prothonotary



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
#### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ARTHUR H. BRYANT

was on the ____24TH____ day of ____FEBRUARY, 1989____

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 16, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
                  Deputy Clerk

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                          TELEPHONE: 888-800-3400

June 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ARTHUR H. BRYANT, #208365 was admitted to the practice of law in this state by the Supreme Court of California on October 2, 2000; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records