UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY MORRIS, TARAS KICK, REBECCA SALAWDEH and STACEY ANTALEK, on Behalf of Themselves and All Others Similarly Situated, | Civil Action No. 08-CV-0592(HB) |
| | CLASS ACTION |
| Plaintiffs, | NOTICE OF MOTION AND MOTION TO ADMIT PHONG TRAN *PRO HAC VICE* |
| vs. | |
| CBS BROADCASTING, INC., CBS CONSUMER PRODUCTS, PLANET TOYS, INC., TOYS "R" US, INC., WALGREEN CO. and HAMMACHER SCHLEMMER & CO., INC., | |
| Defendants. | |

PLEASE TAKE NOTICE upon the annexed Declaration of Joseph P. Guglielmo in Support

of the Motion to Admit Phong Tran *Pro Hac Vice* and the Certificate of Good Standing attached

thereto, plaintiffs Jeffrey Morris, Taras Kick, Rebecca Salawdeh and Stacey Antalek move this

Court, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Phong Tran, a member of

the Bar of the State of California and an associate at the law firm of Coughlin Stoia Geller Rudman

& Robbins LLP, be admitted *pro hac vice* for all purposes on behalf of plaintiffs in this action.

DATED: June **30**, 2008                         WHATLEY, DRAKE & KALLAS, LLC
JOE R. WHATLEY, JR.
EDITH M. KALLAS
JOSEPH P. GUGLIELMO
ELIZABETH ROSENBERG


_____
JOSEPH P. GUGLIELMO

1540 Broadway, 37th Floor
New York, NY  10036
Telephone:  212/447-7070
212/447-7077 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
PHONG TRAN
THOMAS J. O'REARDON II
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JACK REISE
ELIZABETH A. SHONSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

- 1 -

PUBLIC JUSTICE, P.C.
ARTHUR H. BRYANT
VICTORIA W. NI
555 12th Street, Suite 1620
Oakland, CA 94607
Telephone: 510/622-8150
510/622-8155 (fax)

BRAYTON PURCELL LLP
ALAN R. BRAYTON
PETER FREDMAN
GREGORY SHEFFER
222 Rush Landing Road
Novato, CA 94948-6169
Telephone: 415/898-1555
415/898-1247 (fax)

Attorneys for Plaintiffs Taras Kick, Rebecca
Salawden and Stacey Antalek

KAMBEREDELSON, LLC
SCOTT A. KAMBER
DANA B. RUBIN
11 Broadway, 22nd Floor
New York, NY 10004
Telephone: 212/920-3072
212/202-6364 (fax)

GOLDENBERG HELLER ANTOGNOLI
   ROWLAND SHORT & GORI, P.C.
RANDY L. GORI
2227 South State Route 157
Edwardsville, IL 62025
Telephone: 618/656-5150
618/656-8169 (fax)

GLASSMAN, EDWARDS, WADE &
   WYATT, P.C.
B.J. WADE
26 N. Second Street
Memphis, TN 38103
Telephone: 901/527-4673
901/521-0940 (fax)

AUDET & PARTNERS, LLP
WILLIAM M. AUDET
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415/568-2555
415/568-2556 (fax)

Attorneys for Plaintiff Jeffrey Morris

S:\CasesSD\Planet Toys\NOT 00051921_Tran.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, I caused a true and correct copy of the foregoing

Motion to Admit Phong Tran *pro hac vice*, Affidavit of Joseph P. Guglielmo in Support of

Motion to Admit Phong Tran *pro hac vice*, Certificates of Good Standing and [Proposed] Order

on Admission to Practice *Pro Hac Vice* to be sent to all attorneys of record via first class mail.

Elizabeth Rosenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x

JEFFREY MORRIS, TARAS KICK,                      :     Civil Action No. 08-CV-0592(HB)
REBECCA SALAWDEH and STACEY                      :
ANTALEK, on Behalf of Themselves and All         :     CLASS ACTION
Others Similarly Situated,                       :
                                                 :     DECLARATION OF JOSEPH P.
                            Plaintiffs,          :     GUGLIELMO IN SUPPORT OF THE
                                                 :     MOTION TO ADMIT PHONG TRAN
             vs.                                 :     *PRO HAC VICE*
                                                 :
CBS BROADCASTING, INC., CBS                      :
CONSUMER PRODUCTS, PLANET TOYS,                  :
INC., TOYS "R" US, INC., WALGREEN CO.            :
and HAMMACHER SCHLEMMER & CO.,                   :
INC.,                                            :
                                                 :
                            Defendants.          :

————————————————————— x

I, Joseph P. Guglielmo, declare as follows:

1.      I am a member in good standing of the bar of this Court and a partner at Whatley, Drake & Kallas, LLC.  I make this declaration in support of plaintiffs Jeffrey Morris, Taras Kick, Rebecca Salawdeh and Stacey Antalek's Motion to Admit Phong Tran *Pro Hac Vice*, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, requesting that Phong Tran be admitted *pro hac vice* for all purposes on behalf of plaintiffs in this action.

2.      Phong Tran is fully familiar with this action.

3.      Phong Tran is an attorney in good standing of the Bar of the State of California, as evidenced by the annexed certificate.

4.      I respectfully request that plaintiffs' motion be granted in all respects.  A proposed order is enclosed herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 30 th day of June, 2008 at New York, New York.

_____
JOSEPH P. GUGLIELMO



# Supreme Court of California

FREDERICK K. OHLRICH

*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### PHONG LE TRAN

*I,* FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **PHONG LE TRAN** *was on the 8th day of December 1999, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,*
*this 17th day of June, 2008.*

FREDERICK K. OHLRICH

*Clerk of the Supreme Court*

By _Joseph Cornetta_

*Joseph Cornetta, Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————— x

JEFFREY MORRIS, TARAS KICK,                    :    Civil Action No. 08-CV-0592(HB)
REBECCA SALAWDEH and STACEY                    :
ANTALEK, on Behalf of Themselves and All       :    CLASS ACTION
Others Similarly Situated,                     :
                                               :    [PROPOSED] ORDER GRANTING
                         Plaintiffs,           :    MOTION FOR ADMISSION OF PHONG
                                               :    TRAN *PRO HAC VICE*
         vs.                                   :
                                               :
CBS BROADCASTING, INC., CBS                     :
CONSUMER PRODUCTS, PLANET TOYS,                 :
INC., TOYS "R" US, INC., WALGREEN CO.           :
and HAMMACHER SCHLEMMER & CO.,                  :
INC.,                                          :
                                               :
                         Defendants.           :
                                               :
—————————————————— x

Upon the motion of plaintiffs Jeffrey Morris, Taras Kick, Rebecca Salawdeh and Stacey

Antalek pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Phong

Tran *pro hac vice* for all purposes on behalf of plaintiffs in this action, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment

of the requisite fees.

DATED: _____    _____

THE HONORABLE HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE