UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---------------------------------------- x
JEFFREY MORRIS, TARAS KICK,
REBECCA SALAWDEH and STACEY
ANTALEK, on Behalf of Themselves and All
Others Similarly Situated,

                 Plaintiffs,

vs.

CBS BROADCASTING, INC., CBS
CONSUMER PRODUCTS, PLANET TOYS,
INC., TOYS "R" US, INC., WALGREEN CO.
and HAMMACHER SCHLEMMER & CO.,
INC.,

                 Defendants.
---------------------------------------- x

Civil Action No. 08-CV-0592(HB)

CLASS ACTION

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR ADMISSION OF PHONG
TRAN *PRO HAC VICE*

Upon the motion of plaintiffs Jeffrey Morris, Taras Kick, Rebecca Salawdeh and Stacey Antalek pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Phong Tran *pro hac vice* for all purposes on behalf of plaintiffs in this action, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

DATED: ~~_____~~

~~THE HONORABLE HAROLD BAER, JR.~~
~~UNITED STATES DISTRICT JUDGE~~

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

_____
Hon. Harold Baer, Jr., U.S.D.J.
Date: July 9, 2008

S:\CasesSD\Planet Toys\ORD 00051931_Tran.doc

- 1 -