UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEFFREY MORRIS, TARAS KICK,
REBECCA SALAWDEH, and
STACEY ANTALEK, on Behalf of Themselves
and All Other Persons Similarly Situated,

          Plaintiffs,

vs.

CBS BROADCASTING, INC.,
PLANET TOYS, INC., TOYS "R" US, INC.,
WALGREEN CO., and HAMMACHER
SCHLEMMER & CO., INC.

          Defendants.

------------------------------------------------------------x

Civil Action No. 08-CV-0592 (HB)

<u>CLASS ACTION</u>

[PROPOSED] ORDER GRANTING
MOTION FOR ADMISSION OF
ARTHUR H. BRYANT
*PRO HAC VICE*

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

Upon the motion of plaintiffs in this action pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Arthur H. Bryant *pro hac vice* for all purposes on behalf of plaintiffs Taras Kick, Rebecca Salawdeh, and Stacey Antalek, and for good cause shown.

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

~~DATED:~~ _____

~~THE HONORABLE HAROLD BAER, JR.,
UNITED STATES DISTRICT JUDGE~~

**Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.**

**SO ORDERED.**

Hon. Harold Baer, Jr., U.S.D.J.
Date: July 9, 2008

2