UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

| | |
|---|---|
| JEFFREY MORRIS, TARAS KICK, REBECCA SALAWDEH and STACEY ANTALEK, on Behalf of Themselves and All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>vs.<br><br>CBS BROADCASTING, INC., PLANET TOYS, INC., TOYS "R" US, INC., WALGREEN CO. and HAMMACHER SCHLEMMER & CO., INC.,<br><br>                  Defendants. | Civil Action No. 08-CV-0592(HB)<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE** |

----------------------------------------x

TO:    THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Victoria W. Ni of Public Justice, P.C. hereby enters an appearance on behalf of plaintiffs Taras Kick, Rebecca Salawdeh, and Stacey Antalek.

I certify that I am admitted to practice in this court.

DATED: July 15, 2008                                        PUBLIC JUSTICE, P.C.

                                                                       /s/ Victoria W. Ni
                                                                   Victoria W. Ni (VN –1530)

                                                      555 12th Street, Suite 1620
                                                      Oakland, CA 94607-3693
                                                      Telephone:  510-622-8150
                                                      Facsimile:  510-622-8155