## CERTIFICATE OF SERVICE

I hereby certify that, on July 15, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served by regular U.S. Mail on the following counsel:

Dated: July 15, 2008        /s/ Victoria W. Ni

S. Reid Kahn
Lauren M. Dayton
**Kane Kessler, P.C.**
1350 Avenue of the Americas, 26th fl.
New York, NY 10019

Thomas H. Carlson
James Robert Maxwell
Renee D. Wasserman
**Rogers Joseph O'Donnell**
311 California Street
10th Floor
San Francisco, CA 94104

Joe R. Whatley, Jr.
Edith M. Kallas
Joseph P. Guglielmo
Elizabeth Rosenberg
**Whatley, Drake & Kallas, LLC**
1540 Broadway, 37th Floor
New York, NY 10036

B.J. Wade
**Glassman, Edwards, Wade & Wyatt, P.C.**
26 N. Second Street
Memphis, TN 38103

John J. Stoia, Jr.
Rachel L. Jensen
Phong Tran
Thomas J. O'Reardon II
**Coughlin Stoia Geller Rudman & Robbins LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101

Alan R. Brayton
Peter Fredman
Gregory Sheffer
**Brayton Purcell LLP**
222 Rush Landing Road
Novato, CA 94948-6169

Scott A. Kamber
Dana B. Rubin
**Kamberedelson, LLC**
11 Broadway, 22nd Floor
New York, NY 10004

Randy L. Gori
**Goldenberg Heller Antognoli Rowland Short & Gori, P.C.**
2227 South State Route 157
Edwardsville, IL 62025

William M. Audet
**Audet & Partners, LLP**
221 Main Street, Suite 1460
San Francisco, CA 94105