**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

**JEFFREY MORRIS, TARAS KICK,**　　:
**REBECCA SALAWDEH and**　　　　　　:
**STACEY ANTALEK, On Behalf of Themselves**　:　　**08-CV-0592 (HB)**
**and All Other Persons Similarly Situated,**　:

　　　　　　　　　　　　　　　　　:　　**NOTICE OF RELATED CASES**

　　　　　　　**Plaintiffs,**　　　　　:

　　　　　　　　　　　　　　　　　:

　　-against-　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　:

**CBS BROADCASTING, INC., CBS**　　:
**CONSUMER PRODUCTS, PLANET TOYS,**　:
**INC., TOYS "R" US, INC.,**　　　　:
**WALGREEN CO. and HAMMACHER**　　　:
**SCHLEMMER & CO., INC.,**　　　　　:

　　　　　　　　　　　　　　　　　:

　　　　　　　**Defendants.**　　　　:

-------------------------------------------------------------- x

　　　　　Notice is hereby given that the following cases that were filed in California are related to the

instant case:

1.　　a.　　Asbestos Disease Awareness Organization, et al. v. CBS Corporation, et al.

　　　b.　　Case Number BC388918

　　　c.　　Superior Court of California, County of Los Angeles

　　　d.　　Department 32, Judge Strobel

　　　e.　　Toxic enforcement regulatory claim under California Proposition 65

　　　f.　　Filed 04/11/08

　　　g.　　This matter is currently pending

2.　　a.　　Kick, et al. v. Planet Toys, Inc., CBS Broadcasting, Inc., et al.

　　　b.　　Case Number CV08-02405

　　　c.　　U.S. District Court, Central District of California

　　　d.　　Judge Otero

　　　e.　　Nationwide class action

　　　f.　　Filed 04/11/08

269937.1

g.   This matter has been dismissed without prejudice

The above cases are related to the instant case in that they all involve the same parties and are based on the same or similar claims. They also arise from the same or substantially identical transactions, incidents, and events requiring the determination of substantially identical questions of law and fact. As explained in attachment 1h to the Notice of Related Case filed in the Superior Court of California, County of Los Angeles (attached hereto as Exhibit A), and reiterated below, these intrinsic similarities mean that the above cases are likely to require substantial duplication of judicial resources if not coordinated with the instant case.

Plaintiffs' counsel in the California state case also filed the California federal case listed in this notice. They have since dismissed the California federal case without prejudice, and the Coughlin Stoia firm joined the instant case to pursue the claims they had brought in the California federal case. The same attorneys and Plaintiffs that were pursuing the California federal case (along with the attorneys continuing to pursue the California state case) are now involved in this New York federal nationwide (putative) class action. Moreover, both the pending California state case and the instant case also name Planet Toys, Inc., CBS Broadcasting, Inc., Walgreen Co. and Toys R Us as defendants. Significantly, all of these cases are based on the same common set of facts: **the allegation that Planet Toys Inc.'s CSI Investigation™ Kits contain asbestos**. Notably, there is no claim of injury; rather, all plaintiffs seek injunctive relief and restitution.

All of these cases qualify as complex because they involve numerous parties, involve the same defendants, and the cases are either alleged as a federal nationwide class action or as a representative Proposition 65 action on behalf of the People of the State of California. In addition, there will be substantial duplication of effort between the California state case and the instant case, because all of the discovery will focus on the same issues, including the existence of or exposure to asbestos in the products, expert analysis and proper scientific protocol, the defendants' knowledge, if any, the defendants' prior testing and action once apprised of the allegation, issues of standing as to the plaintiffs and representatives, and because the cases involve the same witnesses and experts.

269937.1

Dated: July ___/___ /2008

**ROGERS JOSEPH O'DONNELL**

By: _____
RENEE D. WASSERMAN (admitted pro hac vice)
THOMAS H. CARLSON (admitted pro hac vice)
JAMES ROBERT MAXWELL (admitted pro hac vice)
311 California Street, 10th Floor
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457


**KANE KESSLER, P.C.**
S. REID KAHN (SRK-1458)
LAUREN DAYTON (SRK-1458)
1350 Avenue of the Americas
New York, New York 10019
Telephone: 212.541.6222
Facsimile: 212.245.3009


Attorneys for Defendants
CBS BROADCASTING, INC., CBS
CONSUMER PRODUCTS (dismissed)
PLANET TOYS, INC., TOYS "R" US, INC.,
WALGREEN CO. and HAMMACHER
SCHLEMMER & CO., INC.,

269937.1

# EXHIBIT A

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>RENEE D. WASSERMAN (State Bar No. 108118)<br>JAMES ROBERT MAXWELL (State Bar No. 143203)<br>ROGERS JOSEPH O'DONNELL<br>311 California St., 10th Flr.<br>San Francisco, CA 94104<br>TELEPHONE NO.: 415.956.2828    FAX NO. (Optional): 415.956.6457<br>E-MAIL ADDRESS (Optional): rwasserman@rjo.com<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY<br><br>CONFORMED COPY<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br><br>JUN 27 2008<br><br>John A. Clarke, Executive Officer/Clerk<br>By _____ , Deputy<br>Michael Frederickson |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012-3014<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: ASBESTOS DISEASE AWARENESS<br>ORGANIZATION, et al. | CASE NUMBER:<br>BC388918 |
| DEFENDANT/RESPONDENT: CBS CORPORATION, et al. | JUDICIAL OFFICER:<br>Mary Strobel |
| NOTICE OF RELATED CASE | DEPT.:<br>32 |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: Morris, et al. v. Planet Toys, Inc., CBS Broadcasting, Inc., et al.
   b. Case number: 08-CV0592
   c. Court: ☐ same as above
      ☒ other state or federal court (name and address): U.S. District Court, Southern District, New York
   d. Department: Judge Baer
   e. Case type: ☐ limited civil ☒ unlimited civil ☐ probate ☐ family law ☒ other (specify): Nationwide class action
   f. Filing date: 01/23/08
   g. Has this case been designated or determined as "complex?" ☐ Yes ☐ No see attachment 1h
   h. Relationship of this case to the case referenced above (check all that apply):
      ☒ involves the same parties and is based on the same or similar claims.
      ☒ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      ☐ involves claims against, title to, possession of, or damages to the same property.
      ☒ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
          ☒ Additional explanation is attached in attachment 1h
   i. Status of case:
      ☒ pending
      ☐ dismissed ☐ with ☐ without prejudice
      ☐ disposed of by judgment

2. a. Title: Kick, et al. v. Planet Toys, Inc.; CBS Broadcasting, Inc., et al.
   b. Case number: CV08-02405
   c. Court: ☐ same as above
      ☒ other state or federal court (name and address): U.S. District Court, Central District California
   d. Department: Judge Otero

**NOTICE OF RELATED CASE**

Legal
Solutions
Plus

Page 1 of 3
Cal. Rules of Court, rule 3,300

CM-015

| PLAINTIFF/PETITIONER: ASBESTOS DISEASE AWARENESS ORGANIZATION, et al.<br>DEFENDANT/RESPONDENT: CBS CORPORATION, et al. | CASE NUMBER:<br>BC388918 |
| --- | --- |

**2. (continued)**

e. Case type: [ ] limited civil  [X] unlimited civil  [ ] probate  [ ] family law  [X] other (specify): Nation-wide class action

f. Filing date: 04/11/08

g. Has this case been designated or determined as "complex?"  [ ] Yes  [ ] No  See attachment 1h

h. Relationship of this case to the case referenced above (check all that apply):

  [X] involves the same parties and is based on the same or similar claims.

  [X] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

  [ ] involves claims against, title to, possession of, or damages to the same property.

  [X] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

    [X] Additional explanation is attached in attachment 2h  1h

i. Status of case:

  [ ] pending

  [X] dismissed  [ ] with  [X] without prejudice

  [ ] disposed of by judgment

**3.**  a. Title:

b. Case number:

c. Court:  [ ] same as above

    [ ] other state or federal court (name and address):

d. Department:

e. Case type:  [ ] limited civil  [ ] unlimited civil  [ ] probate  [ ] family law  [ ] other (specify):

f. Filing date:

g. Has this case been designated or determined as "complex?"  [ ] Yes  [ ] No

h. Relationship of this case to the case referenced above (check all that apply):

  [ ] involves the same parties and is based on the same or similar claims.

  [ ] arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

  [ ] involves claims against, title to, possession of, or damages to the same property.

  [ ] is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

    [ ] Additional explanation is attached in attachment 3h

i. Status of case:

  [ ] pending

  [ ] dismissed  [ ] with  [ ] without prejudice

  [ ] disposed of by judgment

**4.** [ ] Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: June 27, 2008

RENEE D. WASSERMAN
_____
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

**NOTICE OF RELATED CASE**

MC-025

| SHORT TITLE: ADAO v. CBS CORPORATION, et al. | CASE NUMBER: |
|---|---|
| | BC388918 |

| 1 | ATTACHMENT *(Number):* 1h _____   Page 1 of 1 |
|---|---|
| | *(This Attachment may be used with any Judicial Council form.)*   *(Add pages as required)* |

2

Plaintiffs' counsel in this case also filed the California federal case
3  listed in this notice.  They have since dismissed the California case
without prejudice, and joined the New York case listed in this notice.  All
4  of these cases are based on the same common set of facts:  the allegation
that Planet Toys Inc.'s CSI Investigation™ Kits contain asbestos.  Both the
5  pending class action and the instant case also name Planet Toys, Inc., CBS
Broadcasting, Inc., Walgreen Co. and Toys R Us as defendants.

6

These cases qualify as complex because they involve numerous parties,
7  involve the same defendants, and the cases are either alleged as a federal
nationwide class action or as representative Prop 65 action on behalf of the
8  People of the State of California.  In addition, there will be substantial
duplication of effort between the class action case and the instant case,
9  because all of the discovery will focus on the same issues, including the
existence of or exposure to asbestos in the products, expert analysis and
10  proper scientific protocol, the defendants' knowledge, if any, the
defendants' prior testing and action once learned of the allegation, issues
11  of standing as to the plaintiffs and representatives, and because the case
involves the same witnesses and experts.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  *(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
**to Judicial Council Form**

Legal
Solutions
℠ Plus