UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEFFREY MORRIS, TARAS KICK,
REBECCA SALAWDEH, and
STACEY ANTALEK, on Behalf of Themselves
and All Other Persons Similarly Situated,

                   Plaintiffs,

     vs.

CBS BROADCASTING, INC.,
PLANET TOYS, INC., TOYS "R" US, INC.,
WALGREEN CO., and HAMMACHER
SCHLEMMER & CO., INC.

                 Defendants.

------------------------------------------------------------x

Civil Action No. 08-CV-0592 (HB)

CLASS ACTION

**NOTICE OF MOTION AND
MOTION TO ADMIT
ALAN R. BRAYTON, GREGORY
M. SHEFFER and PETER B.
FREDMAN *PRO HAC VICE***

PLEASE TAKE NOTICE upon the annexed Declaration of Elizabeth Rosenberg in Support of the Motion to Admit Alan R. Brayton, Gregory M. Sheffer and Peter B. Fredman *Pro Hac Vice* and the Certificates of Good Standing attached thereto, plaintiffs move this Court, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Alan R. Brayton, Gregory M. Sheffer and Peter B. Fredman, each a member of the bar of the State of California, be admitted *pro hac vice* for all purposes on behalf of plaintiffs Taras Kick, Rebecca Salawdeh, and Stacey Antalek.

DATED:  July 25, 2008

WHATLEY, DRAKE & KALLAS, LLC
JOE R. WHATLEY, JR. (JW 1222)
EDITH M. KALLAS (EK 0841)
JOSEPH P. GUGLIELMO (JG 2447)
ELIZABETH ROSENBERG (ER 5370)

_____
ELIZABETH ROSENBERG (ER 5370)

1540 Broadway, 37th Floor
New York, NY  10036
Telephone:  212/447-7070
212/447-7077 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
PHONG TRAN
THOMAS J. O'REARDON II
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

PUBLIC JUSTICE, P.C.
ARTHUR H. BRYANT
VICTORIA W. NI (VN 1530)
555 12th Street, Suite 1620
Oakland, CA 94607
Telephone: 510/622-8150
510/622-8155 (fax)

BRAYTON PURCELL LLP
ALAN R. BRAYTON
PETER FREDMAN
GREGORY SHEFFER
222 Rush Landing Road
Novato, CA 94948-6169
Telephone: 415/898-1555
415/898-1247 (fax)

Attorneys for Plaintiffs Kick, Salawdeh, and
Antalek, and the Proposed Class

KAMBEREDELSON, LLC
SCOTT A. KAMBER (SK 5794)
DANA B. RUBIN (DR 8451)
11 Broadway, 22nd Floor
New York, NY 10004
Telephone: 212/920-3072
212/202-6364 (fax)

GOLDENBERG HELLER ANTOGNOLI
  ROWLAND SHORT & GORI, P.C.
RANDY L. GORI
2227 South State Route 157
Edwardsville, IL 62025
Telephone: 618/656-5150
618/656-8169 (fax)

GLASSMAN, EDWARDS, WADE &
  WYATT, P.C.
B.J. WADE
26 N. Second Street
Memphis, TN 38103
Telephone: 901/527-4673
901/521-0940 (fax)

3

AUDET & PARTNERS, LLP
WILLIAM M. AUDET
221 Main Street, Suite 1460
San Francisco, CA  94105
Telephone:  415/568-2555
415/568-2556 (fax)

Attorneys for Plaintiff Morris and the Proposed
Class

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, I caused a true and correct copy of the foregoing Motion to Admit Alan Brayton, Gregory M. Sheffer and Peter Fredman *pro hac vice*, Affidavit of Elizabeth Rosenberg in Support of Motion to Admit Alan Brayton, Gregory M. Sheffer and Peter Fredman *pro hac vice*, Certificates of Good Standing and [Proposed] Order on Admission to Practice *Pro Hac Vice* to be sent to all attorneys of record via first class mail.

Elizabeth Rosenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                        :

JEFFREY MORRIS, TARAS KICK,       :
REBECCA SALAWDEH, and          :
STACEY ANTALEK, on Behalf of Themselves  :    Civil Action No. 08-CV-0592 (HB)
and All Other Persons Similarly Situated,   :
                        :

        Plaintiffs,        :    <u>CLASS ACTION</u>
                        :
    vs.                   :
                        :    DECLARATION OF ELIZABETH
CBS BROADCASTING, INC.,        :    ROSENBERG IN SUPPORT OF
PLANET TOYS, INC., TOYS "R" US, INC.,  :    THE MOTION TO ADMIT
WALGREEN CO., and HAMMACHER    :    ALAN BRAYTON, GREGORY
SCHLEMMER & CO., INC.          :    SHEFFER and PETER
                        :    FREDMAN *PRO HAC VICE*.
                        :
        Defendants.       :
----------------------------------------------------------------x

I, Elizabeth Rosenberg, declare as follows:

1. I am a member in good standing of the bar of this Court and an associate at Whatley, Drake & Kallas, LLC. I make this declaration in support of plaintiffs' Motion to Admit Alan R. Brayton, Gregory M. Sheffer and Peter B. Fredman *Pro Hac Vice*, pursuant to rule 1.3(c) of the Local Civil Rules of this Court, requesting that Alan R Brayton, Gregory M. Sheffer and Peter B. Fredman be admitted *pro hac vice* for all purposes on behalf of plaintiffs Taras Kick, Rebecca Salawdeh, and Stacey Antalek.

2. Alan R. Brayton is fully familiar with this action. He is a partner of Brayton Purcell LLP and is an attorney in good standing of the Bar of the State of California, as evidenced by the annexed Certificate of Good Standing.

3. Gregory M. Sheffer is fully familiar with this action. He is an attorney Of Counsel to Brayton Purcell LLP and is an attorney in good standing of the Bar of the State of California, as evidenced by the annexed Certificate of Good Standing

4. Peter B. Fredman is fully familiar with this action. He is an associate attorney of Brayton Purcell LLP and is an attorney in good standing of the Bar of the State of California, as evidenced by the annexed Certificate of Good Standing

5. I respectfully request that plaintiffs' motion be granted in all respects. A proposed order is enclosed herewith.

I declare under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July, 2008 in New York, New York.

*Elizabeth Rosenberg*

ELIZABETH ROSENBERG

2



# Supreme Court of California

FREDERICK K. OHLRICH

*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>ALAN RICHARD BRAYTON</u>

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that **ALAN RICHARD BRAYTON** was on the 1st day of March 1977, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,*
*this 15th day of July, 2008.*

<u>FREDERICK K. OHLRICH</u>
*Clerk of the Supreme Court*

By _____
*Joseph Cornetta, Deputy Clerk*



# 𝔖upreme 𝔠ourt of 𝔠alifornia

### FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### GREGORY MARK SHEFFER

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **GREGORY MARK SHEFFER** *was on the 8th day of December 1994, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 15th day of July, 2008.*

FREDERICK K. OHLRICH _____
                                 *Clerk of the Supreme Court*

By _____*Joseph Cornetta*_____
                                *Joseph Cornetta, Deputy Clerk*



# Supreme Court of California

### FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### PETER BENJAMIN FREDMAN

*I,* FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **PETER BENJAMIN FREDMAN** *was on the 4th day of June 1997, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,*
*this 15th day of July, 2008.*

FREDERICK K. OHLRICH _____
*Clerk of the Supreme Court*

By _____
*Joseph Cornetta, Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
                                                          :
JEFFREY MORRIS, TARAS KICK,                               :
REBECCA SALAWDEH, and                                     :
STACEY ANTALEK, on Behalf of Themselves                   :     Civil Action No. 08-CV-0592 (HB)
and All Other Persons Similarly Situated,                 :
                                                          :
                        Plaintiffs,                       :     CLASS ACTION
                                                          :
            vs.                                           :
                                                          :     [PROPOSED] ORDER GRANTING
CBS BROADCASTING, INC.,                                   :     MOTION FOR ADMISSION OF
PLANET TOYS, INC., TOYS "R" US, INC.,                     :     ALAN R. BRAYTON, GREGORY
WALGREEN CO., and HAMMACHER                               :     M. SHEFFER and PETER B.
SCHLEMMER & CO., INC.                                     :     FREDMAN *PRO HAC VICE*.
                                                          :
                                                          :
                        Defendants.                       :
----------------------------------------------------------x

Upon the motion of plaintiffs in this action pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Alan R. Brayton, Gregory M. Sheffer and Peter B. Fredman *pro hac vice* for all purposes on behalf of plaintiffs Taras Kick, Rebecca Salawdeh, and Stacey Antalek, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

DATED: _____

_____
THE HONORABLE HAROLD BAER, JR.,
UNITED STATES DISTRICT JUDGE

2