UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-28-08
```

------------------------------------------------------------x

JEFFREY MORRIS, TARAS KICK,  :
REBECCA SALAWDEH, and  :
STACEY ANTALEK, on Behalf of Themselves  :  Civil Action No. 08-CV-0592 (HB)
and All Other Persons Similarly Situated,  :
 :
        Plaintiffs,  :  CLASS ACTION
 :
vs.  :
 :  [~~PROPOSED~~] ORDER GRANTING
CBS BROADCASTING, INC.,  :  MOTION FOR ADMISSION OF
PLANET TOYS, INC., TOYS "R" US, INC.,  :  ALAN R. BRAYTON, GREGORY
WALGREEN CO., and HAMMACHER  :  M. SHEFFER and PETER B.
SCHLEMMER & CO., INC.  :  FREDMAN *PRO HAC VICE*.
 :
 :
        Defendants.  :
------------------------------------------------------------x

Upon the motion of plaintiffs in this action pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Alan R. Brayton, Gregory M. Sheffer and Peter B. Fredman *pro hac vice* for all purposes on behalf of plaintiffs Taras Kick, Rebecca Salawdeh, and Stacey Antalek, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

DATED: _____

_____
THE HONORABLE HAROLD BAER, JR.,
UNITED STATES DISTRICT JUDGE

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: July 28, 2008

2