DOC #: _____
DATE FILED: 8/5/08

U.S. DISTRICT JUDGE
S.D.N.Y

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x

JEFFREY MORRIS, TARAS KICK,
REBECCA SALAWDEH and
STACEY ANTALEK, On Behalf of Themselves    08-CV-0592 (HB)
and All Other Persons Similarly Situated,

        Plaintiffs,    STIPULATION

  -against-

CBS BROADCASTING INC.,
PLANET TOYS, INC., TOYS "R" US, INC.,
WALGREEN CO. and HAMMACHER
SCHLEMMER & CO., INC.

        Defendants.
-----------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties hereto as follows:

    1.    The parties have scheduled a mediation in New York on September 12, 2008.

    2.    The time for Defendants to answer, respond or otherwise move with respect to the amended complaint is extended until September 28, 2008.

    This stipulation may be executed in facsimile counterparts each of which shall constitute an original and may be submitted to the Court.

Dated: New York, New York
       August 4, 2008

              [Signatures on Following Page]

#295351.1

*Attorneys For Plaintiffs:*

**WHATLEY, DRAKE & KALLAS, LLC**

By: /s/ Joseph Guglielmo
Joe R. Whatley, Jr. (JR-1222)
Edith M. Kallas (EK-0841)
Joseph Guglielmo (JG-2447)
Elizabeth Rosenberg (ER-5370)
1540 Broadway, 37th Floor
New York, New York 10036
212 447 7070
212 447 7077 (fax)

**KAMBEREDELSON, LLC**
Scott Kamber (SK 5794)
Dana B. Rubin (DR-8451)
11 Broadway – 22nd Floor
New York, New York 10019
(212) 920-3072
(212) 202-6364 fax

**AUDET & PARTNERS, LLP**
William M. Audet
221 Main Street, Suite 1460
San Francisco, California 94105
415 568 2555
415 568 2556 (fax)

**COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**
John J. Stoia, Jr.
Rachel L. Jensen
Phong Tran
Thomas J. O'Reardon II
655 West Broadway, Suite 1900
San Diego, California 92101
619 231 1058
619 231 7423 (fax)

*Attorneys For Defendants:*

**KANE KESSLER, P.C.**

By: /s/ Lauren Dayton
S. Reid Kahn (SRK-1458)
Lauren Dayton (LMD-9291)
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222
(212) 245-3009 fax

GOLDENBERG, HELLER, ANTOGNOLI,
ROWLAND, SHORT & GORI, P.C.
Randi Gori
2227 South State Route 157
Edwardsville, Illinois 62025
618 656 5150
618 656 8169 (fax)

GLASSMAN, EDWARDS, WADE &
WYATT, P.C.
B.J. Wade
26 N. Second Street
Memphis, Tennessee 38103
901 527 4673
901 521 0940 (fax)

SO ORDERED: _____ 8/5/08
U.S.D.J.

#295351.1

3