## KANE KESSLER, P.C.

THOMAS A. KANE (1928-1977)
SIDNEY S. KESSLER (1913-2004)

DARREN S. BERGER*†
ADAM M. COHEN
STEVEN E. COHEN
JEFFREY H. DAICHMAN
ERIC P. GONCHAR
ARIS HAIGIAN
MITCHELL D. HOLLANDER†
S. REID KAHN**
ROBERT L. LAWRENCE
RONALD L. NURNBERG*
ARTHUR M. ROSENBERG†
DAVID R. ROTHFELD
JUDITH A. STOLL
DANA M. SUSMAN†
JEFFREY S. TULLMAN

JOSEPH NURNBERG (RETIRED)

ALSO ADMITTED
FLA. BAR*
N.J. BAR†
N.J. AND D.C. BAR**

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

NEW JERSEY OFFICE
CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, N.J. 07601-6319
(201) 487-2828
FAX: (201) 487-3776

WRITER'S DIRECT NUMBER

(212) 519-5129
skahn@kanekessler.com

STEPHEN STEINBRECHER
SENIOR COUNSEL

TARAS G. BORKOWSKY
PETER R. HERMAN
ROBERT KOLODNEY
ROBERT L. SACKS
BRUCE M. SCHLOSS
PAUL E. SZABO
COUNSEL

MICHAEL A. ZIMMERMAN
OF COUNSEL

GARY E. CONSTABLE†
LAUREN M.K. DAYTON
PIERRE E. DEBBAS
NIKI J. FRANZITTA
ARI M. GAMSS
BRENDAN P. McFEELY
ETHAN O. NOTKIN
GARY E. OSTROFF
TORAL PATEL
MICHAEL J. ROMER
GERARD SCHIANO-STRAIN
ADAM E. SCHWARTZ†
ALEXANDER SORIC
LOIS M. TRAUB
REGINA Y. USVJAT
JOSEPH J. VENTIMIGLIA
SARAH BAWANY YOUSUF
JONATHAN A. ZALKIN

July 29, 2008

**Via Federal Express**

Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:     Jeffrey Morris, Taras Kick, Rebecca Salawdeh and Stacey Antalek.,
              Plaintiffs, v. CBS Broadcasting Inc., Planet Toys, Inc., Toys "R" Us, **Inc.,**
              **Walgreen Co. and Hammacher Schlemmer Co., Inc., Defendants.**
              Civil Action No. 08-CV-0592 (HB)

Dear Judge Baer:

       We are the attorneys for Defendants Planet Toys, Inc., CBS Broadcasting Inc., Toys "R" Us, Inc., Walgreen Co. and Hammacher Schlemmer & Co., Inc. in the above-referenced class action (the "Action").

       The original complaint ("Complaint") was filed on January 23, 2008, in this Court, and a motion to dismiss that Complaint was filed on March 26, 2008. Thereafter, Plaintiffs filed an amended complaint which essentially consolidated a related lawsuit which was pending in the United States District Court, Central District of California, Western Division, with the Complaint pending in New York. The time for Defendants to respond to the amended complaint was extended until August 4, 2008, in order to enable the parties to arrange a mediation.

#295013.1

KANE KESSLER, P.C.

Honorable Harold Baer, Jr.
July 29, 2008
Page 2

     Before the amended complaint was filed, this Court conducted a case management conference on or about April 3, 2008. A copy of the pre-trial scheduling order is enclosed with this letter.

     After negotiations and the exchange of Defendants' expert reports, all parties have agreed to a mediation in an effort to amicably resolve all pending claims. Although the parties attempted to arrange the mediation during July 2008, the mediator was unavailable during that time.

     A mediation is now scheduled to proceed in New York on September 12, 2008, before Judge Daniel Weinstein.

     To facilitate a successful mediation without incurring additional expenses of litigation and discovery, the parties jointly are seeking to extend the deadlines set forth in the Court's pre-trial scheduling order. Accordingly, the parties request that a second case management conference be scheduled to revise the existing case management plan and to extend the existing deadlines.

     All parties are hopeful that this action will be resolved through the mediation process. However, if the mediation is unsuccessful, the parties would like an opportunity to conduct discovery and litigate their claims in a meaningful manner with sufficient time allotted for that purpose.

#295013.1

    Based upon the foregoing, all parties request that a new case management conference be scheduled to discuss the issues raised herein.

Respectfully submitted,

S. Reid Kahn

SRK/nd
Enclosure

cc:    David Canner, Planet Toys, Inc. CEO
       Naomi Waltman, Esq., CBS Broadcasting Inc.
       Joel Platt, Esq., Hammacher Schlemmer & Co., Inc.
       Nicole L. Robbins, Esq., Walgreen Co.
       Elyse Tish, Esq., Walgreen Co.
       Joel S. Tennenberg, Esq., Toys "R" Us., Inc.
       Renee Wasserman, Esq.
       Adam Cohen, Esq.
       Lauren Dayton, Esq.
       William Audet, Esq.
       Scott Kamber, Esq.
       Joseph R. Whatley, Esq.
       John J. Stoia, Jr., Esq.
       Randi Gori, Esq.
       B.J. Wade, Esq.

[Handwritten note, dated 8/13/08: "While there is time all PT actually whines plus 6/7 the Plaintiffs w/ the PTC, yet signed — but there is no problem at least in my view w/ addition to the schedules if new pls have done 5 months of discovery + will finish in February 09 — Denied. SO ORDERED. Harold Baer, Jr. USDJ"]

#295013.1

Endorsement: While there is time, all pretrial activity is to take place within the four corners of the pretrial order you signed. Here there is no problem at least in my view of sticking to the schedule therein. You have some 5 months for discovery and will finish in February 2009. Denied.