UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEFFREY MORRIS, On Behalf of Himself and : 08-CV-0592 (HB)
All Other Persons Similarly Situated, :
:
                    Plaintiff, :
: ORDER FOR ADMISSION
: PRO HAC VICE
    -against- : ON WRITTEN MOTION
:
:
:
PLANET TOYS, INC. and CBS :
BROADCASTING, INC., :
:
                    Defendants. :
------------------------------------------------------------x

**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 8/20/08

RECEIVED MAY 12 2008 U.S.D.C. S.D.N.Y. CASHIERS

Upon the motion of Scott A. Kamber, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

William Audet
Audet & Partners, LLP
221 Main Street, Suie 1460
San Francisco, CA 94105
Tel.: (415) 568-2555
Fax: (415) 568-2556
waudet@audetlaw.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward pro hac vice fee to the Clerk of Court.

Dated:



Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

United States District Judge
Hon. Harold Baer, Jr., U.S.D.J.
Date: 9/20/08